UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>JOSHUA SMOLKO,<br><br>            Defendant. | Case No. 2:20-cr-00118-KJD-VCF<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Joshua Smolko contained in the Indictment in case number 2:20-cr-00118-KJD-VCF.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Brian Whang*
BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Joshua Smolko contained in the Indictment in case number 2:20-cr-00118-KJD-VCF.

DATED this 8th day of June 2022.

_____
HON. KENT DAWSON
UNITED STATES DISTRICT JUDGE

3